**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-1273**

─────────────

HALLIE N. STONE,

Plaintiff - Appellant,

versus

SULLIVAN'S AUTO BODY, (Trading as) its assign-
ees, and for successors in interest; RICHARD
L. SULLIVAN, JR., Owner, individually in his
private capacity; JOHN RICE, Manager,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior
District Judge. (CA-97-483-A)

─────────────

Submitted: July 2, 1998   Decided: July 21, 1998

─────────────

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Hallie N. Stone, Appellant Pro Se. Richard L. Sullivan, Jr., John
Rice, Fredericksburg, Virginia, Appellees; Mary Gillen Fenske, KAL-
BAUGH, PFUND & MESSERSMITH, Fairfax, Virginia, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Hallie N. Stone appeals the district court's orders (1) dismissing her complaint for lack of subject matter jurisdiction, (2) denying her motion for reconsideration and to amend her complaint, (3) denying her motion for "a rule to show cause why [the Defendants' attorney] should not be held in criminal contempt." Our review of the record and the district court's opinions discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Stone v. Sullivan's Auto Body</u>, No. CA-97-483-A (E.D. Va. Dec. 5, 1997; Jan. 9 & Jan. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>